In the Matter of the Claim of RAYMOND MILLER, Respondent, against LISK MANUFACTURING COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion to dismiss appeal is denied, not because the claimant is at fault, but because the Industrial Board has neglected, for about six weeks after

the appeal was taken, to deliver to the Attorney-General the record upon which to make the findings. This denial may be a hardship to the claimant, but the carrier has the right to be heard. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.